# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 07/07/2016 |
| Case: 1–16–41227–ess | Form ID: 318DF7 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com
aty    Kevin B Zazzera     kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Nicholas D Baxter     Staten Island     675 Tysens Lane, Aot 1L     Staten Island, NY 10306
smg    NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg    NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201–3719
smg    NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg    Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
8768138     Capital One     Po Box 30253     Salt Lake City, UT 84130
8768139     Malen & Assoc     123 Frost Street     Wesrbury, NY 11590
8768140     Rubin & Rothman     1787 Veterens Highway, Suite 32     Islandia, NY 10306
8768141     Tnb – Target     Po Box 673     Minneapolis, MN 55440

TOTAL: 9